UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAMION BRYAN, :
    Petitioner :
     :
v. : CIVIL NO. 1:12-CV-372
     :
UNITED STATES CITIZENSHIP AND :
IMMIGRATION SERVICES, :
    Respondent

*O R D E R*

AND NOW, this 11th day of June, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 12), filed May 15, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 12) is adopted.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED, without prejudice to Petitioner's ability to file a similar petition with the court of appeals.

    3. The Clerk of Court shall close this file.

                               /s/ William W. Caldwell
                               William W. Caldwell
                               United States District Judge